Anthony J. SMITH, Trustee of and for: Millicoma Orthopaedic Group, Profit Sharing and Retirement Plan Trust, Plaintiff–Appellant,

v.

James P. HARRANG; Arthur C. Johnson; Kendrick M. Mercer; Leslie M. Swanson; James W. Korth, Stanton F. Long; John C. Watkinson; John L. Franklin; John B. Arnold; Donald R. Laird; Barry Rubenstein; Scott Palmer, dba Johnson, Harrang & Mercer, Defendant–Appellee.

No. 86–3952.

United States Court of Appeals, Ninth Circuit.

March 22, 1988.

Before ANDERSON, TANG, and NOONAN, Circuit Judges.

ORDER

Through inadvertence, the parties failed to advise the court of the complete settlement of this case prior to the filing of our Opinion on August 17, 1987.

Accordingly, the opinion and decision is withdrawn and vacated and this appeal is dismissed as moot.